UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTOPHER P. LUCAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | CASE NO. 1:20-cv-01791<br><br>OPINION & ORDER<br>[Resolving Doc. 1] |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Christopher Lucas seeks judicial review of the Defendant Commissioner of Social Security final decision denying Supplemental Security Income. On November 30, 2021, Magistrate Judge Darrell A. Clay recommended that the Court reverse and remand the Commissioner's decision.[1]

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[2] Absent objection, a district court may adopt a Report and Recommendation without review.[3]

Here, no party has objected to the Report and Recommendation, so this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with Judge Clay's

---

[1] Doc. 17.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).

Case No. 1:20-cv-01791
Gwin, J.

findings that the ALJ decision failed to adequately consider the opinion of Lucas's treating physician.

Accordingly, the Court **ADOPTS** Judge Clay's Report and Recommendation, incorporating it fully herein by reference, **REVERSES** the Commissioner's final decision, and **REMANDS** this case consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: January 10, 2022     *s/     James S. Gwin*
                            JAMES S. GWIN
                            UNITED STATES DISTRICT JUDGE